UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOV-ology LLC,<br><br>            Plaintiff,<br><br>v.<br><br>BigCommerce Holdings, Inc.,<br>BigCommerce Pty. Ltd., and<br>BigCommerce, Inc.<br><br>            Defendants. | Civil Action No. 6:22-cv-00084-ADA<br><br><br>**Jury Trial Demanded** |

**NOTICE OF VENUE DISCOVERY**

Plaintiff MOV-ology LLC provides this notice under Section IV of the Court's OGP Version 4.0 that it intends to take venue discovery from Defendants BigCommerce Holdings, Inc., BigCommerce Pty. Ltd., and BigCommerce, Inc. before responding to Defendants' motion to transfer venue. (ECF No. 23.) The resulting schedule for venue discovery and briefing under the Court's current OGP is as follows:

| Event | Date/Deadline |
|---|---|
| Motion to Transfer Filed | March 31, 2022 |
| Venue Discovery Cut-Off | No later than June 9, 2022 |
| MOV-ology's Response Brief | No later than June 23, 2022 |
| Defendants' Reply Brief | No later than July 7, 2022 |

—1—

Respectfully submitted,

Dated: April 7, 2022

By: */s/ Patrick A. Fitch*
Karl Rupp
State Bar No. 24035243
    krupp@soreylaw.com
SOREY & HOOVER LLP
100 North Sixth Street, Suite 502
Waco, Texas 76701
Telephone: 903-230-5600

Robert R. Brunelli (admitted *pro hac vice*)
    rbrunelli@sheridanross.com
Matthew C. Holohan (admitted *pro hac vice*)
    mholohan@sheridanross.com
Patrick A. Fitch (admitted *pro hac vice*)
    pfitch@sheridanross.com
Alex W. Ruge (admitted *pro hac vice*)
    aruge@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
litigation@sheridanross.com

*Attorneys for MOV-ology LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 7, 2022, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all counsel

of record.

> */s/ Thomas J. Armento*
>     Thomas J. Armento
>     Paralegal
>     SHERIDAN ROSS P.C.
>     1560 Broadway, Suite 1200
>     Denver, CO 80202
>     Telephone: 303-863-9700
>     Facsimile:  303-863-0223
>     litigation@sheridanross.com