UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOV-ology LLC,<br><br>            Plaintiff,<br>v.<br><br>BigCommerce Holdings, Inc.,<br>BigCommerce Pty. Ltd., and<br>BigCommerce, Inc.<br><br>            Defendants. | Civil Action No. 6:22-cv-00084-ADA<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO ENTER SCHEDULING ORDER**

Plaintiff MOV-ology LLC and Defendants BigCommerce Holdings, Inc., BigCommerce Pty. Ltd., and BigCommerce, Inc. jointly move to enter the enclosed Scheduling Order under the Court's Standing Order Governing Proceedings (OGP) 4.1—Patent Cases and Fed. R. Civ. P. 16.

| | |
|---|---|
| Dated: May 5, 2022 | Respectfully submitted, |
| By: */s/ Patrick A. Fitch* | By: */s/ Michael R. Ellis* |
| Karl Rupp | Neil J. McNabnay |
| State Bar No. 24035243 | njm@fr.com |
| krupp@soreylaw.com | Texas Bar No. 24002583 |
| SOREY & HOOVER LLP | Lance Wyatt |
| 100 North Sixth Street, Suite 502 | wyatt@fr.com |
| Waco, Texas 76701 | Texas Bar No. 24093397 |
| Telephone: 903-230-5600 | Michael R. Ellis |
| | ellis@fr.com |
| Robert R. Brunelli (admitted *pro hac vice*) | Texas Bar No. 24102726 |
| rbrunelli@sheridanross.com | FISH & RICHARDSON |
| Matthew C. Holohan (admitted *pro hac vice*) | 1717 Main Street, Suite 5000 |
| mholohan@sheridanross.com | Dallas, TX 75201 |
| Patrick A. Fitch (admitted *pro hac vice*) | (214) 747-5070 (Telephone) |
| pfitch@sheridanross.com | (214) 747-2091 (Facsimile) |
| Alex W. Ruge (admitted *pro hac vice*) | |
| aruge@sheridanross.com | |
| SHERIDAN ROSS P.C. | |
| 1560 Broadway, Suite 1200 | |
| Denver, Colorado 80202 | |
| Telephone: 303-863-9700 | |
| Facsimile:  303-863-0223 | *Attorneys for Defendants* |
| litigation@sheridanross.com | *BigCommerce Holdings, Inc.,* |
| | *BigCommerce Pty. Ltd., and* |
| *Attorneys for Plaintiff MOV-ology LLC* | *BigCommerce, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

>    */s/ Thomas J. Armento*
>    Thomas J. Armento
>    Paralegal
>    tarmento@sheridanross.com
>    SHERIDAN ROSS P.C.
>    1560 Broadway, Suite 1200
>    Denver, Colorado 80202
>    Telephone:   (303) 863-9700
>    Facsimile:    (303) 863-0223
>    Email: litigation@sheridanross.com
>
>    *Attorneys for Plaintiff MOV-ology LLC*