UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOV-ology LLC,<br><br>                Plaintiff,<br>v.<br><br>BigCommerce Holdings, Inc.,<br>BigCommerce Pty. Ltd., and<br>BigCommerce, Inc.,<br><br>                Defendants. | Civil Action No. 6:22-cv-00084-ADA<br><br>**Jury Trial Demanded** |

**Claim Construction Order**

The Court hereby issues its claim construction order for the terms in U.S. Pat. Nos. 9,286,282 ('282 patent) and 10,769,358 ('358 patent).

| **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Final Construction** |
|---|---|---|---|
| wherein the data is obtained from the abandoned electronic form without a product feed<br><br>'282 patent, Claims 3, 11 | Plain and ordinary meaning | Indefinite | Plain and ordinary meaning |
| wherein the data is obtained from the incomplete electronic form without a product feed<br><br>'358 patent, Claim 3 | Plain and ordinary meaning | Indefinite | Plain and ordinary meaning |
| wherein the electronic form does not include a payment gateway<br><br>'282 patent, Claims 4, 12 | Plain and ordinary meaning | Indefinite | Plain and ordinary meaning |

| | | | |
|---|---|---|---|
| wherein the incomplete electronic form does not include a payment gateway<br><br>'358 patent, Claims 4, 18 | Plain and ordinary meaning | Indefinite | Plain and ordinary meaning |
| incomplete<br><br>'358 patent, Claims 1-4, 17-20 | Plain and ordinary meaning | "abandoned" | Plain and ordinary meaning |
| computer hardware configured to determine that an electronic form accessed by a user has been abandoned by the user<br><br>'282 patent, Claim 9 | Plain and ordinary meaning, not subject to § 112, ¶ 6<br><br>Alternatively, "a data scraping script configured to determine that an electronic form accessed by a user has been abandoned by the user" | Means-plus-function under § 112, ¶ 6<br><br>Indefinite | Plain and ordinary meaning, not subject to § 112, ¶ 6 |
| computer hardware configured to obtain data from the abandoned electronic form with the embedded computer-executable instructions by building a data structure based on the abandoned electronic form and parse the data structure to obtain the at least one HTML element<br><br>'282 patent, Claim 9 | Plain and ordinary meaning, not subject to § 112, ¶ 6<br><br>Alternatively, "a data scraping script configured to obtain data from the abandoned electronic form with the embedded computer-executable instructions by building a data structure based on the abandoned electronic form and parse the data structure to obtain the at least one HTML element" | Means-plus-function under § 112, ¶ 6<br><br>Indefinite | Plain and ordinary meaning, not subject to § 112, ¶ 6 |
| wherein obtaining the at least one HTML element from the incomplete electronic form comprises scraping the data from the incomplete electronic form<br><br>'358 patent, Claim 20 | Plain and ordinary meaning | Indefinite | Indefinite |

—3—

SIGNED this 30th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

—3—